## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| LISA STAPLES, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No.   1:16-cv-00091-GZS |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 17) filed March 15, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **VACATED** and the case is **REMANDED** for proceedings consistent with the Magistrate Judge's Recommended Decision.

    /s/ George Z. Singal
    United States District Judge

Dated this 30th day of March, 2017.